Blake D. Miller (4090)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millertoone.com

James W. Anderson (9829)
**CLYDE SNOW & SESSIONS**
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah  84111
Telephone: (801) 322-2516
Fax No.: (801) 521-6280
Email: jwa@clydesnow.com

*Counsel for the Reorganized Debtor*

---

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**LA CAILLE RESTAURANT CORPORATION,**<br><br>          **Debtor.** | **Bankruptcy Case No. 11-20205**<br><br>**Chapter 11**<br><br>**Judge Joel T. Marker**<br><br>**(Filed Electronically)** |

**NOTICE OF REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO.  21 OF SUITTER AXLAND, PLLC AND NOTICE OF HEARING**

**(Objection Deadline: September 26, 2014)**
**(Hearing Date: October 20, 2014 at 2:30 p.m.)**

---

      **PLEASE TAKE NOTICE** that La Caille Restaurant, Corporation, the Reorganized

Debtor in this case (the "Debtor"), has filed its Objection to Claim No. 21 of Suitter Axland,

PLLC (the "Objections") in this bankruptcy case.

{00644020-1 }

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then on or before **September 26, 2014**, you or your attorney must:

(a)     file with the Bankruptcy Court a written response to the Objection, explaining your position, at:

> United States Bankruptcy Court
> Attn: Court Clerk
> 350 South Main, Room 301
> Salt Lake City, Utah  84101

If you mail your response to the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it on or before **September 26, 2014**.  You must also mail a copy to the undersigned counsel at:

| | |
|---|---|
| Blake D. Miller | John T. Morgan |
| MILLER TOONE, P.C. | UNITED STATES TRUSTEE |
| 165 South Regent Street | 405 South Main, Suite 300 |
| Salt Lake City, Utah  84111 | Salt Lake City, UT 84111 |

James W. Anderson (9829)
**CLYDE SNOW & SESSIONS**
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, Utah  84111

(b)     Attend the hearing on the Objection, scheduled to be held on October 20, 2014, at 2:30 p.m. at United States Bankruptcy Court, 350 South Main, Courtroom 341, Salt Lake City, Utah  84101.  Failure to attend the hearing will be deemed a waiver of your position.

If you or your attorney do not take these steps, the court may decide that you do not

2

{00644020-1 }

oppose the Objection to your claim.

**If you fail to timely file a written response to the Objection, the court may grant the Objection without a hearing.**

DATED this 2nd day of September, 2014.

CLYDE SNOW & SESSIONS

*/s/ James W. Anderson*
James W. Anderson

{00644020-1 }